# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VINCENT L. SCOTT,**

    *Plaintiff,*

v.                                         **CASE NO.: 4:20cv574-MW/MAF**

**RICK KEARNEY, and**
**BRET OGLESBY,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on January 25, 2021.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**